```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

ADA SOTO,

                Plaintiff,         25-cv-1596 (JGK)

     - against -              ORDER

219 DOMINICAN VALLE INC., ET AL.,

                Defendants.

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve timely the summons and complaint. The time to serve is extended until **June 20, 2025**. If service is not made by **June 20, 2025**, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           May 30, 2025

                                              _____
                                                John G. Koeltl
                                         United States District Judge