UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADA SOTO,

                Plaintiff,           25-cv-1596 (JGK)

    - against -              ORDER

219 DOMINICAN VALLE INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    On May 30, 2025, the Court extended the time to effect service on the defendants to June 20, 2025. ECF No. 12. On May 30, 2025, the plaintiff submitted three affirmations as proof of service of the summons and the complaint on the defendants. ECF Nos. 9-11. According to those affirmations, the defendants were served on April 5, 2025. Id. The time for the defendants to answer or otherwise respond to the complaint therefore expired on April 28, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

    The time for the defendants to answer or otherwise respond to the complaint is extended to **June 20, 2025.** Failure to respond to the complaint by that date could result in a default judgment being entered against the defendants.

The plaintiff is directed to serve a copy of this Order on each of the defendants and file proof of service on the docket by **June 9, 2025.**

**SO ORDERED.**

Dated:  New York, New York
        May 31, 2025

                                    _____
                                           John G. Koeltl
                                    **United States District Judge**