# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

July 29, 2025

**VIA ECF**
Honorable Judge John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Soto v. 219 Dominican Valle Corp. et al
              Case No.: 25-cv-01596-JGK

Dear Judge:

    This office represents the Plaintiff in the above-referenced matter. We write to request a 30-day extension of time for Plaintiff to file a proposed order to show cause for a default judgment. The current deadline is for July 30, 2025.

    This is the first request of its kind.

    We thank the Court for its time and attention to this matter.

                                                       Respectfully Submitted,

                                                       /s/ Michael Faillace
                                                      Michael Faillace, Esq.
                                                      Michael Faillace & Associates, P.C.
                                                      *Attorneys for Plaintiff*

                    APPLICATION GRANTED
                          SO ORDERED

                           /s/ John G. Koeltl
                        John G. Koeltl, U.S.D.J.

7/30/25