UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADA SOTO,

                Plaintiff,

      - against -

219 DOMINICAN VALLE CORP., ET AL.,

                Defendants.

---

25-cv-1596 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On July 8, 2025, the Clerk of Court issued certificates of default as to the defendants 219 Dominican Valle Corporation, Mafarda Gonzalez, and Orlando Vasquez. ECF Nos. 25-27. On September 2, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 34. The plaintiff served the order to show cause on the defendants that same day. ECF No. 35. The time for the defendants to respond to the order to show cause was September 19, 2025, see id., but to date, the defendants have failed to respond.

Accordingly, the plaintiff is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

The Clerk is respectfully requested to close ECF No. 31.

**SO ORDERED.**

Dated:    New York, New York
          October 13, 2025

_____
John G. Koeltl
United States District Judge