**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ADA SOTO,

Plaintiff,

-against-

219 DOMINICAN VALLE CORP., ET AL.,

Defendants.

------------------------------------------------------------------X

25 **CIVIL** 1596 (JGK)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2026, the Court finds that the Report and Recommendation is thorough and well-reasoned and is adopted. The motion for a default judgment is GRANTED and judgment is entered against Defendants in favor of Plaintiff, with Plaintiff to be awarded: Damages in the amount of $113,281.61, consisting of: (a) $3,790.00 in total unpaid minimum wages; (b) $43,473.00 in total unpaid overtime wages; (c) $4,116.00 in total unpaid spread of hours wages; (d) $51,379.00 in liquidated damages (a+b+c); and (e) $10,523.61 in prejudgment interest, plus $12.67 per day for every day after August 24, 2026 until the Clerk of Court enters a final judgment, in the amount of $240.73; Reasonable attorney's fees and costs in the amount of $5,255.00; and post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
September 11, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**